**Order entered August 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00600-CR

**ROBERT FRANKLIN THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-61531-W**

## ORDER

Appellant's August 18, 2014 second motion to extend the time to file appellant's brief by seven days is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **August 29, 2014**.

If appellant's brief is not filed by the extended due date, this case will be abated for a hearing in the trial court regarding why appellant has failed to file a timely brief.


/s/    DAVID EVANS
JUSTICE